AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

APR 14 2025 PM2:30
FILED - USDC - BPT - C

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

DANIEL FELIX
_Petitioner_

v.

WARDEN, FCI DANBURY
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. _____
_(Supplied by Clerk of Court)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: DANIEL FELIX
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: FCI Danbury
   (b) Address: 33½ Pembroke Road
                Danbury, CT 06811
   (c) Your identification number: 99392-509
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain: _____
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: U.S. District Court, E.D. Virginia
          600 Granby Street, Room 193, Norfolk, VA 23510-1915
      (b) Docket number of criminal case: 2:22-CR-00038-001
      (c) Date of sentencing: February 9, 2023
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   [ ] How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   [ ] Pretrial detention

   [ ] Immigration detention

   [ ] Detainer

   [ ] The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   [ ] Disciplinary proceedings

   [X] Other (explain): The validity of the Bureau of Prisons April 1, 2025 memorandum that violates and curtails the Second Chance Act

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Federal Bureau of Prisons

   (b) Docket number, case number, or opinion number: BOP April 1, 2025 Memorandum

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The Second Chance Act requires up to 12-months Residential Reentry Center placement after an mandatory 5-factor individualized assessment. The BOP as of April 1, 2025 has now capped the Second Chance Placement at 60 days for all.

   (d) Date of the decision or action: April 1, 2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   [ ] Yes    [X] No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: 1) not enough time to exhaust before RRC placement; 2) futility. - SEE SUPPORTING MEMORANDUM OF LAW

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes      ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes      ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:  N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes  ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application:
    (b) Name of the authority, agency, or court:

    (c) Date of filing:
    (d) Docket number, case number, or opinion number:
    (e) Result:
    (f) Date of result:
    (g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** The Bureau of Prisons is violating the Second Chance Act by capping any RRC placement for all inmates to 60-days, regardless of any 5-factor individualized assessment required under the Second Chance Act.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Second Chance Act mandates that the BOP place an inmate in a Residential Reentry Center for up to 12-months after conducting a mandatory 5-factor individualized review of the inmate's needs. In early 2025, the BOP determined the Petitioner required 150-days placement to successfully return to society. On April 1, 2025, BOP announced that ALL placements would be capped at 60-days, regardless of any inmate's individual needs. Petitioner now will receive only 60 days.

(b) Did you present Ground One in all appeals that were available to you?   ** SEE SUPPORTING MEMO **
☐ Yes        ☒ No

GROUND TWO: _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☐ No

GROUND THREE: _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

### Request for Relief

15. State exactly what you want the court to do: I am requesting that the Court hold that the BOP policy is invalid and violates the Second Chance Act. I am requesting that the BOP maintain my June 24, 2025 RRC placement date and not reduce it based on the BOP's arbitrary April 1, 2025 policy change. I am requesting a preliminary injunction barring the BOP from implementing the new policy that violates the Second Chance Act

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4-10-25

Signature of Petitioner

Signature of Attorney or other authorized person, if any

FCI Danbury
Daniel Felix #99392-509
33½ Pembroke Road
Danbury, CT 06811

UNITED STATES DISTRICT COURT
915 LAFAYETTE BOULEVARD
ROOM 400
BRIDGEPORT, CT 06604-4706